**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MAY CHEN,**

       *Plaintiff*,

    **v.**

**DISTRICT OF COLUMBIA**
**ATTORNEY GENERAL,** *et al.*,

      *Defendants*.

**Civil Action No. 1:24-cv-3212 (UNA)**

## ORDER

This matter is before the Court on initial review of Plaintiff's application to proceed *in forma pauperis*, ECF No.  and *pro se* complaint, ECF No. 1.  Plaintiff has recently filed a separate civil action, *see Chen v. District of Columbia*, No. 24-cv-3104 (UNA) (D.D.C. Nov. 27, 2024), which is substantially similar to the instant matter, and the Court need not entertain the same matter twice.

Accordingly, it is hereby

**ORDERED** that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is **DENIED** without prejudice; it is further

**ORDERED** that the complaint, ECF No. 1, and this civil action are **DISMISSED** without prejudice as duplicative; and it is further

**ORDERED** that the motion for default judgment, ECF No. 3, is **DENIED** as moot.

The Clerk of Court shall **TERMINATE** this case.

**SO ORDERED.**

DATE: December 20, 2024                    LOREN L. ALIKHAN

United States District Judge